IN THE SUPREME COURT OF THE STATE OF NEVADA

JONATHAN R. SORELLE, M.D.; THE
MINIMALLY INVASIVE HAND
INSTITUTE, LLC; AND JONATHAN R.
SORELLE, M.D., PLLC,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
KERRY LOUISE EARLEY, DISTRICT
JUDGE,
Respondents,
   and
STEPHEN ROHBACHER,
Real Party in Interest.

No. 79983

FILED

NOV 12 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DENYING PETITION
FOR WRIT OF MANDAMUS OR PROHIBITION*

This original petition for a writ of mandamus challenges an October 21, 2019, district court order denying a motion to continue trial. Petitioners also filed an emergency motion to stay trial pending our consideration of this writ petition, and we temporarily stayed trial, pending our receipt and consideration of any opposition to the stay motion. Real party in interest now has filed an opposition.

Having considered the parties' arguments and supporting documentation, we conclude that our extraordinary intervention is not warranted in this matter. NRAP 21(b); *Pan v. Eighth Judicial Dist. Court,*

19-46278

120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Accordingly, we vacate our November 8, 2019, temporary stay and

ORDER the petition DENIED.[1]

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:  Hon. Kerry Louise Earley, District Judge
     Mandelbaum, Ellerton & Associates
     Rogers, Mastrangelo, Carvalho & Mitchell, Ltd.
     Eighth District Court Clerk

---

[1]In light of this order, petitioners' emergency motion for stay is denied as moot.